UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DRAMAINE FLETCHER,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>J. LIZARRAGA,<br><br>　　　　　Respondent. | No. 2:14-cv-1409 TLN CKD P<br><br><br>ORDER |

Petitioner has requested a sixty-day extension of the time to file objections to the findings and recommendations. (ECF No. 41.) The request will be granted. However, petitioner is cautioned that because he is receiving a lengthy extension, further extensions will be unlikely absent a showing of extraordinary cause.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's request for an extension of time (ECF No. 41) is granted; and

2. Petitioner shall have sixty days from the filing of this order to file objections to the June 30, 2017 findings and recommendations.

Dated: July 20, 2017

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

13:flet1409.111